UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 1 5 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ROBERT BREHM,               )
                            )
          Plaintiff,        )
                            )
     v.                     )          Civil Action No. 10-1550
                            )
JOYCE K. CONLEY,            )
                            )
          Defendant.        )

## MEMORANDUM OPINION

The Court has allowed the above-captioned action to be provisionally filed. Before the Court would consider the plaintiff's complaint and application to proceed *in forma pauperis*, plaintiff was directed to submit a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined. 28 U.S.C. § 1915. Specifically, plaintiff was instructed to supplement the statement he already provided to include the months of January 2010 through April 2010. To date, plaintiff has not submitted the required information. Accordingly, the Court will deny his application to proceed *in forma pauperis* and will dismiss the complaint without prejudice.

An Order accompanies this Memorandum Opinion.

DATE: Feb. 10, 2011

_____
United States District Judge